# Order

Michigan Supreme Court
Lansing, Michigan

December 23, 2019

Bridget M. McCormack,
Chief Justice

159072 & (36)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

FREDRICK KYLE YOUNG,
     Defendant-Appellant.

SC: 159072
COA: 344196
Wayne CC: 14-006130-FC

_____/

On order of the Court, the application for leave to appeal the December 7, 2018 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order, addressing only the defendant's factual assertion in Issue V of his application that he filed a motion for a new trial in the circuit court, and not a motion for relief from judgment.

The application for leave to appeal and motion for peremptory reversal remain pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2019



b1216

Clerk